

**NAILAH K. BYRD**
**CUYAHOGA COUNTY CLERK OF COURTS**
1200 Ontario Street
Cleveland, Ohio 44113

## Court of Common Pleas

New Case Electronically Filed: COMPLAINT
December 30, 2020 14:59

By: SAMUEL R. SMITH 0076242

Confirmation Nbr. 2146311

KIMBERLY TAYLOR                                CV 20 942328

vs.
                                                Judge: SHERRIE MIDAY
COSTCO WHOLESALE CORPORATION ET AL.

Pages Filed: 5

IN THE COURT OF COMMON PLEAS
CUYAHOGA COUNTY, OHIO
CIVIL DIVISION

| | |
|---|---|
| **KIMBERLY TAYLOR**<br>12503 Countryside Dr.<br>Strongsville, Ohio 44149<br><br>Plaintiff,<br><br>vs.<br><br>**CostCo Wholesale Corporation**<br>999 Lake Dr.<br>Issaquah, WA 98027<br><br>and<br><br>**CT Corporation System (Statutory Agent) In C/O of CostCo Wholesale Corporation**<br>4400 Easton Commons Way,<br>Suite 125<br>Columbus, OH 43219<br><br>Defendants. | CASE NO.<br><br>JUDGE<br><br>**COMPLAINT FOR NEGLIGENCE**<br><br>(Jury Demand Endorsed Hereon) |

**COMES NOW Plaintiff, Kimberly Taylor** ("Plaintiff"), and for her **Complaint** for personal injuries and compensatory damages against **Defendants, CostCo Wholesale Corporaton and CT Corporation System** ("Defendants") states as follows:

## PARTIES

1. Plaintiff at all times relevant herein was a resident of the City of Strongsville, Cuyahoga County and the State of Ohio.

2. Defendant CostCo Wholesale Corporation ("Defendant Costco") at all times relevant, herein was/is a limited liability company organized under the laws of

the State of Ohio, and licensed to do business in the State of Ohio, and is doing business in Cuyahoga County and the State of Ohio.

3. Defendant CT Corporation System ("Defendant CT Corporation") at all times relevant herein was/is a member, agent and/or employee of Defendant CostCo and was acting within the course and scope of said agency and/or employment and as a result Defendant CostCo is liable for its conduct pursuant to the doctrine of Respondeat Superior.

## COUNT ONE

4. Plaintiff incorporates by reference each and every allegation, averment and statement set forth in paragraph nos. one (1) through three (3), herein above, as if fully restated below.

5. On or about July 17, 2020, Plaintiff asserts her and her husband were customers of Defendant, who has a store located at 16690 Royalton Rd., Strongsville, OH 44136, where both were shopping.

6. Plaintiff asserts that as she was leaving out of the above stated store, coming from the checkout line but still within the store, she slipped and fell on a wet, spongy food and/or liquid substance.

7. Plaintiff asserts that as a result of the fall, she fell on her left hand, and both knees.

8. Plaintiff asserts that specifically her right foot came in contact with the foreign substance and right big toe twisted as a result.

9. Plaintiff asserts that there were no warning signs in the area prior to where she slipped and fell.

10. Plaintiff asserts that the accident was caught on video tape and an incident report was completed.

11. Plaintiff asserts that after receiving initial medical treatment for her injuries, she was diagnosed with a sprained left thumb, sprained right big toe, a pulled muscle in her lower back and an overstretched/laxed ligament in her right knee.

12. As a direct and proximate result of Defendants' negligence in failing to keep the floor clean and clear of foreign debris, Plaintiff sustained personal injuries, including but not limited to a sprained left thumb, sprained right big toe, a pulled muscle in her lower back and an overstretched/laxed ligament in her right knee, resulting in pain, both temporary and permanent, and suffering that resulted in her absence from work, an impairment of her normal, social and recreational pursuits, including her ability to perform her usual daily activities all of which she expects to continue into the indefinite future.

13. As a direct and proximate result of Defendants' negligence, as set forth herein above, in paragraphs no. six (6) and seven (7), Plaintiff continues to experience intermittent pain and suffering to the present and has incurred medical and hospital expenses and she expects that the medical expenses will continue into the indefinite future.

14. As a direct and proximate result of Defendants' negligence, Defendants are liable to Plaintiff for personal injuries, medical and hospital expenses and lost wages in an amount greater than $25,000.00.

**WHEREFORE,** Plaintiff demands judgment on **Count One** against Defendants in an amount greater than $25,000.00, with interest and costs and for any and all other relief this Honorable Court determines is appropriate and just.

Respectfully submitted,

*/s/ Samuel R. Smith II*
Samuel R. Smith II (0076242)
1220 W. 6th St., Suite 203
Cleveland, Ohio 44113
(216)225-7972/fax (855) 320-8107
E-mail: srsmithii44118@yahoo.com

Attorney for Plaintiff
Kimberly Taylor

## JURY DEMAND

Plaintiff hereby demands a trial by jury.

Respectfully submitted,

*/s/ Samuel R. Smith II*
Samuel R. Smith II (0076242)
1220 W. 6th St., Suite 203
Cleveland, Ohio 44113
(216) 225-7972/fax (8555) 320-8107
E-mail: srsmithii44118@yahoo.com

Attorney for Plaintiff
Kimberly Taylor